NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TACORDON RIGGINS, DOC #V37815,    )
                                  )
          Appellant,              )
                                  )
v.                                )    Case No.  2D18-3468
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____   )

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Ken R. Eulo of Smith & Eulo Law Firm,
Orlando, for Appellant.



PER CURIAM.

          Affirmed.




SILBERMAN, BLACK, and ATKINSON, JJ., Concur.